CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
April 09, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Richard Thomas Harry, Jr., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:24-cv-00082 |
| Equifax Information Services LLC *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Richard Thomas Harry, Jr., filed this action on November 29, 2024. On March 6, 2025, the court notified Harry that he had not completed service on Defendants by the 90-day service deadline specified in Federal Rule of Civil Procedure 4(m). (Dkt. 2.) The court's March 6, 2025 notice informed Harry that it would dismiss the action without prejudice if he did not notify the Clerk within fifteen days that service has been accomplished.

As of this date, Harry has not responded to the court's notice and thus has not shown good cause for his failure to serve Defendants by the 90-day deadline. *See* Fed. R. Civ. P. 4(m). Accordingly, this action is **DISMISSED without prejudice**.

The Clerk is directed to strike this case from the court's active docket.

ENTERED this  9th  day of April, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE